# Court of Appeals
# of the State of Georgia

ATLANTA,___June 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1867. ARLANDA SMITH v. CITY OF MCDONOUGH.**

Arlanda Smith was convicted of violating a local ordinance prohibiting disorderly conduct in the City of McDonough Municipal Court. The superior court affirmed the conviction. Smith sought both a direct appeal and discretionary review of the superior court's order. We lack jurisdiction to consider this direct appeal for two reasons.

First, under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). This direct appeal does not comply with the discretionary appeal procedure.

Second, we denied Smith's discretionary application from the same order on March 29, 2016. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).

This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____06/15/2016_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*